UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

FILED
2010 AUG 25 P 12: 41
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE# 1:98CR00025-006 |
| | ) | |
| RESPONDENT, | ) | EXPARTE MOTION FOR EARLY |
| | ) | TERMINATION OF SUPERVISED |
| V. | ) | RELEASE PURSUANT TO 18 U.S.C. |
| | ) | §3583(e) |
| JOHN T. SMITH, | ) | |
| | ) | |
| PETITIONER | ) | |
| | ) | |

Comes now the Petitioner, John T. Smith, Pro Se, and respectfully petitions this Court to grant early termination of Mr. Smith's Supervised Release pursuant to 18 U.S.C. §3583(e).

## BACKGROUND

Mr. Smith, was arrested on July 8th, 1998 & was convicted of violating 21 U.S.C. §846 Conspiracy to Distribute & Possess with intent to Distribute Methamphetamine a Schedule II Controlled Substance. Mr. Smith was sentenced to a term of 135 months in prison with a term of 5 years Supervised Release. Mr. Smith was released to a Halfway House on Oct. 25th, 2006. Mr. Smith began his term of Supervised Release on May 5th, 2007.

## SUPPORTING STATEMENT

While incarcerated Mr. Smith enrolled in & graduated from the Bureau of Prisons 500 Hour Residential Drug treatment Program (RDAP). Upon release from prison Mr. Smith also completed the 1 year Drug Aftercare Program.

While incarcerated Mr. Smith never had a single Incident Report filed against him, nor has Mr. Smith had any Incidents or Violations while on Supervised Release.

During Mr. Smith's incarceration, Mr. Smith enrolled in & graduated from numerous Vocational Courses offered by the federal Bureau of prisons.

In 2003 to 2004, Mr. Smith enrolled in El Camino College & subsequently received a Certification in Welding. Then Mr. Smith went on in 2004 to 2005 at El Camino College to complete a Culinary Arts Class.

Mr. Smith has been steadily employed at Robertson's Ready Mix since 11/10/2006 200 S. Main St. Ste. 200 Corona, Ca. 92882 Superviser Ron Lavayen, where Mr. Smith remains employed.

Mr. Smith, is also an active member of the "PERRIS COPS & CLERGY" in Perris, Ca. & a Deacon of "FREE INDEED CHRISTIAN FELLOWSHIP" in Perris, Ca. Mr. Smith is also a Coordinator of the "MISSIONS to SAN CARLOS APACHE RESERVATION" in Arizona.

## CLOSING STATEMENT

Mr. Smith, believing to have shown Good Cause, & demonstrating to this Court that he has complied with all the terms of his Supervised release & that Mr. Smith has been reintergrated into & become a useful member of society, respectfully Petitions this Court to grant his Motion for Early Termination of Supervised Release pursuant to 18 U.S.C §3583(e)

_John T. Smith_  
JOHN T. SMITH, PRO SE.  
20 TAP CIRCLE  
PERRIS, CA. 92570

DATED THIS 22 day of August 2010

(3)

CERTIFICATE OF SERVICE

I, John T. Smith, Pro Se, do hereby certify that I mailed by U.S. Postal a true & correct copy of the Ex Parte Motion for Termination of Supervised Release to:

>CLERK OF THE COURT
>900 GEORGIA AVE.
>CHATTANOOGA, TN. 37402
>
>U.S, ATTORNEY PAUL LAYMEN JR.
>1110 MARKET ST STE. 301
>CHATTANOOGA, TN. 37402
>
>U.S. DISTRICT JUDGE
>CURTIS L. COLLIER
>900 GEORGIA AVE.
>CHATTANOOGA, TN. 37402

_____
JOHN T. SMITH, PRO SE.

DATED THIS 22 DAY OF August 2010

JOHN T. SMITH
20 TAP CIRCLE
PERRIS, CA. 92570

JOHN T. SMITH
20 TAP CIRCLE
PERRIS, CA. 92570

SAN BERNARDINO CA 924

23 AUG 2010 PM 5 T

CLERK OF THE COURT
900 GEORGIA AVE
CHATTANOOGA, TN. 37402